JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Roberts et al. | Case No.  CV 14-07595-AB (VBKx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Sandra Gainsforth et al. | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  July 5, 2016

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.