# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ROBERTS and LESLIE ROBERTS,<br><br>      Petitioners,<br><br>vs.<br><br>REKON TECHNOLOGIES, a California corporation, SANDRA GAINSFORTH and AURORA MARSH, LUCAS, HORSFALL MURPHY & PINDROH AND LESLIE SOBOL,<br><br>      Respondents.<br><br><br>REKON TECHNOLOGIES, a California Corporation and SANDRA GAINSFORTH,<br><br>      Cross-Complainants,<br><br>vs.<br><br>LARRY ROBERTS, LESLIE ROBERTS and RICHMOND-MONROE GROUP, INC.<br><br>      Cross-Defendants.<br>_____<br><br>Caption Continued<br>_____ | Case No.: 2:14-CV-07595-AB-VBK<br><br>JUDGE ANDRÉ BIROTTE JR.<br><br>ORDER RE: COURT ORDER RE: SETTLEMENT AND DISMISSAL<br><br><br>TRIAL DATE: (SEPTEMBER 13, 2016) CASE CLOSED |

| | |
|---|---|
| LARRY ROBERTS AND LESLIE ROBERTS AND REKON TECHNOLOGIES, a California Corporation, | ) ) ) ) ) |
| Cross-Complainants, | ) ) |
| vs. | ) ) |
| SANDRA GAINSFORTH, THE STANLEY AND SANDRA GAINSFORTH TRUST 2004 and AURORA MARSH, | ) ) ) ) ) |
| Cross-Defendants. | ) ) |

**WHEREAS** this Court has considered the parties' JOINT STIPULATION RE: SETTLEMENT AND DISMISSAL OF ACTION, and finding good cause therefore, IT IS HEREBY ORDERED that:

1. The Settlement Agreement is approved by this Court.

2. The parties through their respective counsel hereby dismiss with prejudice the entire action.

DATED: OCTOBER 18, 2016      _____

The Honorable André Birotte Jr.

United States District Judge

Central District of California

2

CASE NUMBER 2:14-CV-07595-AB-VBK:
[PROPOSED] ORDER RE: JOINT STIPULATION SETTLEMENT AND DISMISSAL